UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br>v.<br><br>VAHRAM SIMONYAN (2),<br><br>                             Defendant. | Case No.: 20cr314-MMA-2<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE; AND**<br><br>[Doc. No. 336]<br><br>**VACATING AND RESETTING STATUS HEARING RE: SELF-SURRENDER** |
|---|---|

      On August 2, 2021, Defendant Vahram Simonyan pleaded guilty to count one of the Indictment charging Defendant with money laundering conspiracy in violation of 18 U.S.C. § 1956(h). *See* Doc. No. 236. The Court subsequently sentenced Defendant to a 33-month term of imprisonment. *See* Doc. No. 322. The Court ordered Defendant to surrender into the custody of the United States Marshal for this district no later than 12:00 noon on July 13, 2022. *Id*. Defendant now moves for a brief continuance of the date upon which he must self-surrender. *See* Doc. No. 336. The government has neither joined nor opposed the request.

      Upon due consideration, good cause appearing, the Court **GRANTS** Defendant's

motion. Accordingly, Defendant must surrender into the custody of the United States Marshal for this district **no later than 12:00 noon on July 29, 2022**.

The status hearing re: self-surrender previously scheduled for July 27, 2022 is **VACATED** and **RESET** for **August 10, 2022 at 11: 00 a.m**.

**IT IS SO ORDERED**.

Dated: June 21, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge